Certificate Number: 05781-PAW-DE-031558731

Bankruptcy Case Number: 18-22942



05781-PAW-DE-031558731

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 2, 2018</u>, at <u>12:45</u> o'clock <u>PM PDT</u>, <u>Robert Wagner Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>September 2, 2018</u>          By:   <u>/s/Allison M Geving</u>

                                        Name: <u>Allison M Geving</u>

                                        Title: <u>President</u>