# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT M. WAGNER, JR.

Case No. 18-22942GLT

        Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

        Movant
vs.
PA DEPARTMENT OF REVENUE*

Document No __

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NOEXPLANATION FOR THE REFUND WAS PROVIDED. NO AMENDED CLAIM WAS FILED.

PA DEPARTMENT OF REVENUE*
BUR OF COMPL SECT-DEPT 280946
STRAWBERRY SQ
HARRISBURG, PA 17128

Court claim# 2/Trustee CID# 19

The Movant further certifies that on 12/04/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| **DEBTOR(S):**<br>ROBERT M. WAGNER, JR., 1029 GLENCOE AVENUE, PITTSBURGH, PA 15220 | **DEBTOR'S COUNSEL:**<br>SHAWN N WRIGHT ESQ, LAW OFFICE OF SHAWN N WRIGHT, 7240 MCKNIGHT RD, PITTSBURGH, PA 15237 |
| **ORIGINAL CREDITOR:**<br>PA DEPARTMENT OF REVENUE*, BUR OF COMPL SECT-DEPT 280946, STRAWBERRY SQ, HARRISBURG, PA 17128 | **ORIGINAL CREDITOR'S COUNSEL:**<br>COMMONWEALTH OF PENNSYLVANIA**, OFC OF THE ATTORNEY GENERAL (PA REV NTCS), 1251 WATERFRONT PL, MEZZANINE LEVEL, PITTSBURGH, PA  15222 |
| **NEW CREDITOR:** | |