**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/17/2021

IN RE:

| | |
|---|---|
| ROBERT M. WAGNER, JR.<br>1029 GLENCOE AVENUE<br>PITTSBURGH, PA  15220<br>XXX-XX-4020         Debtor(s) | Case No.18-22942 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/17/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3178 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490**<br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number: 2    INT %: 2.90%<br>Court Claim Number: 3<br>CLAIM: 24,773.57<br>COMMENT: $CL3GOVS@2.9%/PL*6.25%/FACE | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3771 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number: 1-2<br>CLAIM: 3,851.65<br>COMMENT: CL1-2GOVS*4701@0%/PL*13/SCH*16/PL*14,17/CL*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4020 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT ONE BANK**<br>POB 98872<br>LAS VEGAS, NV  89193-8872 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~LVNV/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT ONE BANK**<br>POB 98872<br>LAS VEGAS, NV  89193-8872 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~LVNV/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 811.14<br>COMMENT: REF 3439532784 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0787 |

| CLAIM RECORDS | Case 18-22942-GLT   Doc 28   Filed 11/17/21   Entered 11/17/21 12:00:09   Desc |
| --- | --- |
| | Page 4 of 5 |

**CLAIM RECORDS**

---

**JUNIPER BANK**
POB 13337
PHILADELPHIA, PA 19101

Trustee Claim Number: 11  INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.:

---

**LVNV FUNDING LLC**
C/O RESURGENT CAPITAL SVCS LP
POB 10675
GREENVILLE, SC 29603

Trustee Claim Number: 12  INT %: 0.00%
Court Claim Number: 6
CLAIM: 2,088.12
COMMENT: MHC*FNBM*JUDGMENT

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 7270

---

**LVNV FUNDING LLC, ASSIGNEE**
C/O RESURGENT CAPITAL SVCS
POB 10587
GREENVILLE, SC 29603-0587

Trustee Claim Number: 13  INT %: 0.00%
Court Claim Number: 7
CLAIM: 1,129.96
COMMENT: MHC*FNBM

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 9398

---

**MERRICK BANK**
C/O RESURGENT CAPITAL SVCS**
POB 10368
GREENVILLE, SC 29603-0368

Trustee Claim Number: 14  INT %: 0.00%
Court Claim Number: 8
CLAIM: 546.13
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 0550

---

**SNAP ADVANCES**
136 EAST SOUTH TEMPLE STE 2420
SALT LAKE CITY, UT 84111

Trustee Claim Number: 15  INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.:

---

**SYNCHRONY BANK**
C/O PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK, VA 23541

Trustee Claim Number: 16  INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: NT ADR~SAMS CLUB/SCH

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.:

---

**INTERNAL REVENUE SERVICE***
CENTRALIZED INSOLVENCY-TRUSTEE REMITS
PO BOX 7317
PHILADELPHIA, PA 19101-7317

Trustee Claim Number: 17  INT %: 0.00%
Court Claim Number: 1-2
CLAIM: 673.96
COMMENT: CL1-2GOVS*NO GEN UNS/SCH*AMD

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 4020

---

**PA DEPARTMENT OF REVENUE***
BUR OF COMPL SECT-DEPT 280946
STRAWBERRY SQ
HARRISBURG, PA 17128

Trustee Claim Number: 18  INT %: 0.00%
Court Claim Number: 2
CLAIM: 337.07
COMMENT: CL2GOVS*NT/SCH*16-17*NTC-RSV@CID 19

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 4020

---

**PA DEPARTMENT OF REVENUE***
BUR OF COMPL SECT-DEPT 280946
STRAWBERRY SQ
HARRISBURG, PA 17128

Trustee Claim Number: 19  INT %: 0.00%
Court Claim Number: 2
CLAIM: 1,567.03
COMMENT: CL2GOVS*NT/SCH-PL*16-17*NTC-RSV

CRED DESC: PRIORITY CREDITOR
ACCOUNT NO.: 4020

---

**BRIAN C NICHOLAS ESQ**
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA 19106

Trustee Claim Number: 20  INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: TOYOTA MOTOR CREDIT/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

| PREMIER BANKCARD LLC; JEFFERSON CAPITA | Trustee Claim Number:21  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O JEFFERSON CAPITAL SYSTEMS LLC* | Court Claim Number:5 | ACCOUNT NO.: 0448 |
| PO BOX 772813 | | |
| | CLAIM: 881.48 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3439518081*NUM NT/SCH | |