Case 18-22942-GLT    Doc 34    Filed 01/28/22    Entered 01/29/22 00:28:57    Desc Imaged
Certificate of Notice    Page 1 of 4

FILED
1/26/22 9:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Robert M. Wagner, Jr., | : | |
| Debtor | : | Bankruptcy No: 18-22942 |
| Robert M. Wagner, Jr., | : | |
| Movant | : | Related to Dkt. No. 32 |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondent | : | |

## ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING

This matter comes before the Court upon the Debtor's Expedited Motion for Approval of Vehicle Loan filed on January 25, 2022.  Based upon the foregoing, and for good cause shown, it is hereby ORDERED ADJUDGED and DECREED, that:

1.  The Motion is GRANTED as provided by the terms of this Order.  Debtor shall be authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

    (a) The total amount of financing shall not exceed $30,000; and

    (b) The monthly payments made under the financing agreement shall not exceed $475.00 per month.

2. To the extent that the Debtor secures financing for the purchase of a new vehicle, such payments shall be made through the Chapter 13 plan.  Within 30 days of securing such financing, Debtor shall file:

    (a) An amended Chapter 13 plan; and

    (b) A report of financing (including details of automobile trade-in or sale, if applicable);

3.  To ensure the prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the Chapter 13 Trustee within 7 days of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the Trustee to cover the installments due on the loan.  The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4. Upon filing of the report of financing (INCLUDING DETAILS OF AUTOMOBILE TRADE IN OR SALE, IF APPLICABLE), and pending confirmation of any amended plan providing for the new postpetition loan payments, the Trustee is authorized to make monthly adequate protection payments to the Postpetition Automobile Lender for the contract amount so long as sufficient supplemental funds are provided by the Debtor.

5. Notwithstanding the inclusion of the postpetition loan within an amended Chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the Postpetition Automobile Lender.

6. The Chapter 13 Trustee shall place in reserve any payments currently designated for the 2018 Toyota Camry loan.

7. Debtor shall serve copies of this Order on all creditors eligible to receive distributions through the Chapter 13 plan and shall proof of the same with the Court.

DATED:  January 26, 2022

GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

CONSENTED TO:

/s/James Warmbrodt, Staff Attorney
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh  PA  15219
(412) 471-5566 x3124; PA# 42524
jwarmbrodt@chapter13trusteewdpa.com


/s/Shawn N. Wright
Shawn N. Wright, Esquire
Counsel for Debtor; PA#64103
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com


Case Administrator to Mail to:

Case 18-22942-GLT    Doc 34    Filed 01/28/22    Entered 01/29/22 00:28:57    Desc Imaged
                                Certificate of Notice    Page 3 of 4

Debtor(s)
Counsel for Debtor
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert M. Wagner, Jr.  
    Debtor

Case No. 18-22942-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 1  
Date Rcvd: Jan 26, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert M. Wagner, Jr., 1029 Glencoe Avenue, Pittsburgh, PA 15220-2843 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Robert M. Wagner  Jr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 4