Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert M. Wagner Jr.** | : | Case No. 18−22942−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 52 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 9/20/23 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this *The 27th of June, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 52 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  **On or before August 11, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on **September 20, 2023 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

                                                          _____
                                                          Gregory L. Taddonio, Chief Judge
                                                          United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                        Case No. 18-22942-GLT
Robert M. Wagner, Jr.                                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                    Page 1 of 2
Date Rcvd: Jun 27, 2023            Form ID: 604              Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert M. Wagner, Jr., 1029 Glencoe Avenue, Pittsburgh, PA 15220-2843 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14886317 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 28 2023 00:51:00 | Bank of America, P.O. Box 17054, Wilmington, DE 19884-0001 |
| 14886319 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 28 2023 01:06:52 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14886320 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 28 2023 01:07:19 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14886321 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 28 2023 00:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14886318 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2023 01:07:02 | Chase, P.O. Box 15299, Wilmington, DE 19850 |
| 14886322 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 28 2023 00:52:00 | Juniper, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14886323 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:07:17 | LVNV Funding, P.O. Box 10584, Greenville, SC 29603-0584 |
| 14911903 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:07:20 | LVNV Funding LLC C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14911999 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:29:51 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14912742 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2023 01:06:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14886324 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2023 01:19:13 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14886891 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:19:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14894343 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 28 2023 00:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14909885 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 28 2023 00:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14886325 | | Email/Text: info@snapadvances.com | Jun 28 2023 00:51:00 | Snap Advances, 136 East South Temple Suite 2420, Salt Lake City, UT 84111 |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: 604 | Total Noticed: 19 |

| 14886326 | + Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:29 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14886327 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 28 2023 00:52:00 | Toyota Financial Services, P.O. Box 2958, Torrance, CA 90509 |
| 14900446 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 28 2023 00:52:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Robert M. Wagner Jr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 4