**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT M. WAGNER, JR.<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:18-22942<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 26, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/25/2018 and confirmed on 8/29/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 45,274.00 |
| Less Refunds to Debtor | 656.66 | |
| TOTAL AMOUNT OF PLAN FUND | | 44,617.34 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 2,081.73 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,481.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 21,414.60 | 21,414.60 | 1,605.84 | 23,020.44 |
|     Acct: 3771 | | | | |
| | | | | 23,020.44 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT M. WAGNER, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT M. WAGNER, JR. | 656.66 | 656.66 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 600.00 | 600.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX0/23 | | | | |
|   INTERNAL REVENUE SERVICE* | 3,851.65 | 3,851.65 | 0.00 | 3,851.65 |
|     Acct: 4020 | | | | |
|   PA DEPARTMENT OF REVENUE* | 731.75 | 731.75 | 0.00 | 731.75 |
|     Acct: 4020 | | | | |
|   TOYOTA FINANCIAL SVCS | 0.00 | 5,400.98 | 0.00 | 5,400.98 |
|     Acct: 1882 | | | | |
| | | | | 9,984.38 |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 811.14 | 811.14 | 0.00 | 811.14 |
| Acct: 0787 | | | | |
| JUNIPER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 2,088.12 | 2,088.12 | 0.00 | 2,088.12 |
| Acct: 7270 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,129.96 | 1,129.96 | 0.00 | 1,129.96 |
| Acct: 9398 | | | | |
| MERRICK BANK | 546.13 | 546.13 | 0.00 | 546.13 |
| Acct: 0550 | | | | |
| SNAP ADVANCES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 673.96 | 673.96 | 0.00 | 673.96 |
| Acct: 4020 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4020 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 881.48 | 881.48 | 0.00 | 881.48 |
| Acct: 0448 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3178 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 6,130.79 |

TOTAL PAID TO CREDITORS                                                                        39,135.61

TOTAL CLAIMED
PRIORITY         4,583.40
SECURED         21,414.60
UNSECURED        6,130.79

Date: 06/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
　　ROBERT M. WAGNER, JR.

　　　　　Debtor(s)

　　Ronda J. Winnecour
　　　　　Movant
　　　　　vs.
　　No Repondents.

Case No.:18-22942

Chapter 13

Document No.:

ORDER OF COURT

　AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 18-22942-GLT
Robert M. Wagner, Jr.   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Jun 27, 2023    Form ID: pdf900    Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert M. Wagner, Jr., 1029 Glencoe Avenue, Pittsburgh, PA 15220-2843 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14886317 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 28 2023 00:51:00 | Bank of America, P.O. Box 17054, Wilmington, DE 19884-0001 |
| 14886319 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 28 2023 01:07:03 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14886320 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 28 2023 01:06:44 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14886321 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 28 2023 00:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14886318 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2023 01:06:43 | Chase, P.O. Box 15299, Wilmington, DE 19850 |
| 14886322 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 28 2023 00:52:00 | Juniper, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14886323 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:06:55 | LVNV Funding, P.O. Box 10584, Greenville, SC 29603-0584 |
| 14911903 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:06:55 | LVNV Funding LLC C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14911999 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:19:12 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14912742 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2023 01:06:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14886324 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 28 2023 01:06:43 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14886891 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:06:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14894343 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 28 2023 00:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14909885 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 28 2023 00:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14886325 | | Email/Text: info@snapadvances.com | Jun 28 2023 00:51:00 | Snap Advances, 136 East South Temple Suite 2420, Salt Lake City, UT 84111 |

Case 18-22942-GLT    Doc 55    Filed 06/29/23    Entered 06/30/23 00:31:08    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 19 |

| 14886326 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:06:56 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14886327 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 28 2023 00:52:00 | Toyota Financial Services, P.O. Box 2958, Torrance, CA 90509 |
| 14900446 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 28 2023 00:52:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Robert M. Wagner  Jr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 4