IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/14/23 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ROBERT M. WAGNER, JR.

   Debtor(s)

Ronda J. Winnecour
   Movant
   vs.
No Repondents.

Case No.:18-22942

Chapter 13

Related to Docket No. 52

ORDER OF COURT

AND NOW, this 14th Day of August, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22942-GLT |
| Robert M. Wagner, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert M. Wagner, Jr., 1029 Glencoe Avenue, Pittsburgh, PA 15220-2843 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14886317 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 14 2023 23:45:00 | Bank of America, P.O. Box 17054, Wilmington, DE 19884-0001 |
| 14886319 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2023 23:39:29 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14886320 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 15 2023 00:40:10 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14886321 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2023 23:45:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14886318 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2023 23:51:48 | Chase, P.O. Box 15299, Wilmington, DE 19850 |
| 14886322 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 14 2023 23:45:00 | Juniper, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14886323 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:50:52 | LVNV Funding, P.O. Box 10584, Greenville, SC 29603-0584 |
| 14911903 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:51:22 | LVNV Funding LLC C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14911999 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2023 23:40:30 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14912742 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2023 23:51:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14886324 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2023 23:39:06 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14886891 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 14 2023 23:51:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14894343 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2023 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14909885 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2023 23:46:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14886325 | | Email/Text: info@snapadvances.com | Aug 14 2023 23:44:00 | Snap Advances, 136 East South Temple Suite 2420, Salt Lake City, UT 84111 |

| 14886326 | + Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 23:39:28 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
|---|---|---|---|
| 14886327 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 14 2023 23:45:00 | Toyota Financial Services, P.O. Box 2958, Torrance, CA 90509 |
| 14900446 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 14 2023 23:44:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023 | Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Robert M. Wagner Jr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 4